IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID GLADFELTER, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SUSQUEHANNA UNIVERSITY,<br><br>Defendant. | Case No. 4:24-cv-00382-MWB |

**PLAINTIFF'S UNOPPOSED MOTION TO PRELIMINARILY APPROVE CLASS ACTION SETTLEMENT, CERTIFY THE CLASS, APPOINT CLASS COUNSEL, APPROVE PROPOSED CLASS NOTICE, AND SCHEDULE A FINAL APPROVAL HEARING**

**PLEASE TAKE NOTICE THAT**, upon the Declarations of Nicholas A. Colella and Anthony M. Alesandro and the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Named Plaintiff David Gladfelter moves for an Order under Federal Rule of Civil Procedure 23:

(1) Preliminarily approving the proposed Settlement on behalf of the Settlement Class Members according to the terms of the Settlement Agreement;

(2) Provisionally certifying, for purposes of the Settlement only, the following Settlement Class:

1

> All enrolled students at Susquehanna during the Spring 2020 semester who paid any Tuition and/or Fees, or who were credited with having paid the same and who were registered for at least one in-person class at the beginning of the Spring 2020 semester.

(3) Preliminarily appointing Named Plaintiff David Gladfelter as Settlement Class Representative;

(4) Preliminarily appointing Nicholas A. Colella and Patrick D. Donathen of Lynch Carpenter, LLP, and Michael A. Tompkins and Anthony M. Alesandro of Leeds Brown Law, P.C. as Class Counsel to act on behalf of the Settlement Class and the Settlement Class Representative with respect to the Settlement;

(5) Approving the Parties' proposed settlement procedure, including approving the Parties' selection of RG2 Claims Administration LLC as Settlement Administrator and approving the Parties' proposed schedule;

(6) Entering the proposed Order Preliminarily Approving the Proposed Settlement and Provisionally Certifying the Proposed Settlement Class, attached as Exhibit A to the Settlement Agreement, which is attached as Exhibit 1 to the Declaration of Nicholas A. Colella; and

(7) Granting such other and further relief as may be just and appropriate.

Oral argument is requested to the extent desired by the Court.

Dated: November 21, 2024                    Respectfully submitted,

<u>/s/ Nicholas A. Colella</u>
Nicholas A. Colella (PA 332699)
Patrick D. Donathen (PA 330416)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
NickC@lcllp.com
patrick@lcllp.com

Michael Tompkins, Esq.
Anthony M. Alesandro, Esq.
**LEEDS BROWN LAW, P.C.**
One Old Country Road, Suite 347
Carle Place, New York 11514
Tel: (516) 873-9550
mtompkins@leedsbrownlaw.com
aalesandro@leedsbrownlaw.com

*Attorneys for Plaintiff*

3

4

## **LOCAL RULE 7.1 CERTIFICATION OF CONCURRENCE**

I hereby certify that I have sought concurrence with counsel for Defendant as to the relief requested in this motion, and Defendant's concurrence has been given.

*/s/ Nicholas A. Colella*
Nicholas A. Colella

## CERTIFICATE OF SERVICE

I hereby certify that, on November 21, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Pennsylvania by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Nicholas A. Colella*
Nicholas A. Colella