UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID GLADFELTER, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SUSQUEHANNA UNIVERSITY,<br><br>Defendant. | Case No. 4:24-cv-00382-MWB |

### PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE THAT**, upon the Declaration of Nicholas A. Colella, sworn to on June 6, 2025, and the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Named Plaintiff David Gladfelter will move this Court on June 16, 2025, at 10:00 A.M. in the United District Court of the Middle District of Pennsylvania, U.S. Courthouse, Courtroom 1, 240 West Third Street, Williamsport, PA 17707, before the Honorable Matthew W. Brann, Chief Judge of the United States District Court for the Middle District of Pennsylvania, for an Order under Federal Rules of Civil Procedure 23:

(1) Finally certifying, for purposes of the Settlement only, the following Settlement Class:

> All enrolled students at Susquehanna during the Spring 2020 semester who paid any Tuition and/or Fees, or who were credited with having paid the same and who were registered for at least one in-person class during the Spring 2020 semester.
>
> Excluded from the Settlement Class is any person who properly executes and files a timely opt-out request to be excluded from the Settlement Class.

(2) Confirming that the notice plan approved by the Court in its November 27, 2024, Preliminary Approval Order has been fully and sufficiently executed; (3) finally appointing Plaintiff David Gladfelter as Settlement Class Representative; (4) finally appointing Nicholas A. Colella and Patrick D. Donathen of Lynch Carpenter, LLP and Michael A. Tompkins and Anthony M. Alesandro of Leeds Brown Law, P.C. to act on behalf of the Settlement Class and the Settlement Class Representative with respect to the Settlement; (5) entering the proposed final judgement; and (6) granting such other and further relief as may be just and appropriate.

Dated: June 6, 2025                    Respectfully submitted,

*/s/ Nicholas A. Colella*
Nicholas A. Colella (PA 332699)
Patrick D. Donathen (PA 330416)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243

nickc@lcllp.com
patrick@lcllp.com

Michael Tompkins, Esq.*
Anthony Alesandro, Esq.*
**LEEDS BROWN LAW, P.C.**
1 Old Country Road, Suite 347
Carle Place, NY 11514
516.873.9550
mtompkins@leedsbrownlaw.com
aalesandro@leedsbrownlaw.com

**Pro Hac Vice*

*Attorneys for Plaintiff and the Settlement Class*

## **LOCAL RULE 7.1 CERTIFICATION OF CONCURRENCE**

I hereby certify that I have sought concurrence with counsel for Defendant as to the relief requested in this motion, and Defendant's does not oppose the relief sought in this motion.

*/s/ Nicholas A. Colella*
Nicholas A. Colella

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 6, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Pennsylvania by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

*/s/ Nicholas A. Colella*
Nicholas A. Colella